**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: **Steven Lamont Harvey**<br>**511 S. Third St.**<br>**Mebane, NC 27302** | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>Chapter  **13** |
| SS#  **xxx-xx-7032**<br>SS# _____<br>Debtor(s) | | |

**NOTICE TO CREDITORS AND PROPOSED PLAN**

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **April 25, 2016** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.   Plan Payments**

The plan proposes a payment of __$100.00__ per month for a period of __36__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.   Administrative Costs**

1. **Attorney fees.**
   - [✓] The attorney for the Debtor will be paid the base fee of $2,500.00. The Attorney has received $0.00 from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   - [ ] The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a.   [✓] None

   b.   The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.   All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.   Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Alamance Co. Tax Coll.** | $0.00 |
| **Internal Revenue Service** | $0.00 |
| **N.C. Department of Revenue** | $94.00 |

IV. **Secured Claims**

    1. **Real Property Secured Claims**

        a. ☑ None

        b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    2. **Personal Property Secured Claims**

        a. ☑ None

        b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

    3. **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** |  |

    4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** |  |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** |  |  |  |

**VI.**     **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__%.

**VII.**    **Executory Contracts/Leases**

a.    ☐ None

b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| **-NONE-** | |

c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **Progressive Leasing LLC** | **Mattresses, one king; one queen** | $46.15 weekly or $199.98 monthly | D | $0.00 | N/A | N/A |

**VIII.**   **Special Provisions**

a.    ☑ None

b.    Other classes of unsecured claims and treatment

c.    Other Special Terms

Date:  **April 25, 2016**                          /s/ Sherri L. Hamlett
                                                   **Sherri L. Hamlett 44425**
                                                   Attorney for the Debtor
                                                   Address:   **P.O. Drawer 59**
                                                              **3453 Forestdale Drive**
                                                              **Burlington, NC 27216**
                                                   Telephone: **336-229-4466**
                                                   State Bar No.  **44425**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
   **Steven Lamont Harvey** )    **NOTICE TO CREDITORS**
 )    **AND**
 )    **PROPOSED PLAN**
SS#   **xxx-xx-7032**_____ )
SS#   _____ )    Case No. _____
               Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**Alamance Co. Tax Coll.**
**Attn: Officer/Managing Agent**
**124 W. Elm St.**
**Graham, NC 27253**

**Allied Interstate**
**Attn: Officer/Managing Agent**
**P.O. Box 361445**
**Columbus, OH 43236**

**Capital One**
**Attn: Officer/Managing Agent**
**P.O. Box 71083**
**Charlotte, NC 28272-1083**

**Century Link**
**Attn: Officer/Managing Agent**
**Carol Stream, IL 60197-4300**

**Credit Bureau**
**P.O. Box 26140**
**Greensboro, NC 27402**

**Credit One Bank**
**Attn: Officer/Managing Agent**
**P.O. Box 60500**
**City of Industry, CA 91716**

**Employment Security Commission**
**P.O. Box 26504**
**Raleigh, NC 27611**

**Fingerhut**
**Attn: Officer/Managing Agent**
**P.O. Box 166**
**Newark, NJ 07101-0166**

**First Premier Bank**
**Attn: Officer/Managing Agent**
**P.O. Box 5529**
**Sioux Falls, SD 57117-5529**

**Fort Sill National Bank**
**Attn: Officer/Managing Agent**
**P.O. Box 33009**
**Fort Sill, OK 73503**

**Internal Revenue Service**
**Centralized Insolvency Oper.**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Lendmark Financial-GreenCap**
**Attn:  Officer/Managing Agent**
**1441-A University Dr.**
**Burlington, NC 27215**

**Massey's**
**Attn: Officer/Managing Agent**
**P.O. Box 8959**
**Madison, WI 53708-8959**

**Merrick Bank**
**Attn: Officer/Managing Agent**
**P.O. Box 9201**
**Old Bethpage, NY 11804**

**N.C. Department of Revenue**
**P.O. Box 1168**
**Raleigh, NC 27611**

**National Enterprise Systems**
**Attn: Officer/Managing Agent**
**2479 Edison Blvd., Unit A**
**Twinsburg, OH 44087-2340**

**Progressive Leasing LLC**
**Attn: Officer/Managing Agent**
**P.O. Box 413110**
**Salt Lake City, UT 84141-3110**

**Synchrony Bank/Care Credit**
**Attn: Bankruptcy Dept.**
**P.O. Box 965061**
**Orlando, FL 32896**

**Synchrony Bank/Gap**
**Attn: Bankruptcy Dept.**
**P.O. Box 965060**
**Orlando, FL 32896-5060**

**Synchrony Bank/Old Navy**
**Attn: Bankruptcy Dept.**
**P.O. Box 965060**
**Orlando, FL 32896-5060**

Date:  **April 25, 2016**                   /s/ **Sherri L. Hamlett**
                                             **Sherri L. Hamlett 44425**